# IN THE U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 13-537961 |
| Michelle Pugh | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge Preston |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the Debtor changed his address to:

    4 Williams Street
    Lockbourne, Ohio 43137

    Respectfully submitted,

    /s/ Athena Inembolidis
    Athena Inembolidis (0079362)
    625 City Park Avenue
    Columbus, Ohio 43206
    614-222-0055
    614-230-0678 (fax)
    Athena@AthenaLegal.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2015, a copy of the Notice of Change of Address was served on the following registered ECF participants, **electronically,** through the court's ECF System at the email addresses registered with the court:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Frank M Pees    trustee@ch13.org

And on the following by **ordinary U.S. Mail** addressed to:

Michelle Pugh, 4 Williams Street, Lockbourne, Ohio 43137

   /s/ Athena Inembolidis
Athena Inembolidis (0079362)