**IN THE U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No.:  13-53796 |
| Michelle Carter (formerly Pugh) | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge Preston |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the Debtor changed his address to:

    2999 Hickory Ridge Court
    Beavercreek, Ohio 45431

Respectfully submitted,

 /s/  Athena Inembolidis_____
Athena Inembolidis (0079362)
625 City Park Avenue
Columbus, Ohio 43206
614-222-0055
614-230-0678 (fax)
Athena@AthenaLegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016, a copy of the Notice of Change of Address was served on the following registered ECF participants, **electronically,** through the court's ECF System at the email addresses registered with the court:


And on the following by **ordinary U.S. Mail** addressed to:

Michelle Carter, 2999 Hickory Ridge Court, Beavercreek, OH 45431



___/s/_Athena Inembolidis_____
Athena Inembolidis (0079362)